UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| GENSCO LABORATORIES LLC, d/b/a GENSCO PHARMA, a Florida limited liability company,<br><br>      Plaintiff,<br><br>    v.<br><br>WALTER BUGNO, STEPHEN LOADER, and DOMINIC GALATI,<br><br>      Defendants. | Case No. 1:23-cv-23832-BB |

## NOTICE OF ENTRY OF INTERESTED PARTIES

Comes now, Defendants, by and through their undersigned counsel, hereby files this Notice of Entry of Party for interested parties Care A2+ Health and Wellness LLC and Care A2 Plus Pty Ltd.

Dated: October 30, 2023

Respectfully submitted,

KOBRE & KIM LLP

By: /s/ *Evelyn Baltodando Sheehan*
Evelyn Baltodano Sheehan
Florida Bar No. 944351

201 South Biscayne Boulevard
Suite 1900
Miami, FL 33131
Telephone: +1 305 967-6100
Facsimile: +1 306 967 6120
Evelyn.Sheehan@kobrekim.com

COOLEY LLP
Philip M. Bowman (admitted *pro hac vice*)
Christopher M. Andrews (admitted *pro hac vice*)

55 Hudson Yards
New York, NY 10001
Telephone: +1 212 479 6000

- 2 -

Facsimile: +1 212 479 6275
pbowman@cooley.com
candrews@cooley.com

*Attorneys for Defendants Walter Bugno, Stephen Loader and Dominic Galati*