UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 23-cv-23832-BLOOM/Torres

GENSCO LABORATORIES LLC,
*d/b/a* GENSCO PHARMA

      Plaintiff,

v.

WALTER BUGNO,
*et al.,*

      Defendants.

_____/

### ORDER STAYING CASE PENDING ARBITRATION

**THIS CAUSE** is before the Court upon Defendants' Motion to Compel Arbitration and Stay Proceedings, ECF No. [10]. Plaintiff agrees with the relief Defendants seek and requests this Court order arbitration of this proceeding. ECF No. [22]. In light of the parties' agreement and pursuant to 9 U.S.C. § 3, the Court stays this action pending completion of arbitration.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Motion to Compel Arbitration and Stay Proceedings, **ECF No. [10],** is **GRANTED**. Arbitration shall take place in Miami, Florida under the International Chamber of Commerce's Arbitration Rules.

2. This case is **STAYED** pending resolution of arbitration.

3. The Clerk of Court shall **CLOSE** this case for administrative purposes only. Any party may move to reopen the case at the appropriate time.

4. To the extent not otherwise disposed of, any scheduled hearings are **CANCELED**, all pending motions are **DENIED AS MOOT**, and all deadlines are **TERMINATED**.

Case No. 23-cv-23832-BLOOM/Torres

**DONE AND ORDERED** in Chambers at Miami, Florida, on November 14, 2023.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record